**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| WORLDWIDE AIRCRAFT SERVICES, INC. d/b/a JET ICU, | Civil Action No. 8:25-CV-01444-TPB-SPF |
| Plaintiff and Petitioner, | |
| vs. | District Judge Thomas P. Barber |
| ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD OF VIRGINIA, | Magistrate Judge Sean P. Flynn |
| Defendant and Respondent. | |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Anthem Insurance Companies, Inc. ("AICI")[1] certifies as follows:

AICI is an Indiana corporation with its principal place of business in Indiana.  AICI is a direct wholly-owned subsidiary of Elevance Health, Inc.  Elevance Health, Inc., an Indiana corporation, is a publicly held corporation.  No

---

[1] The Complaint incorrectly names AICI as "Anthem Insurance Companies, Inc. d/b/a Anthem Blue Cross and Blue Shield of Virginia."  Anthem Blue Cross and Blue Shield of Virginia is not a trade name or d/b/a of AICI.

319289498v1

publicly held corporation holds ten percent or more of Elevance Health, Inc.'s stock.

Date: September 8, 2025           Respectfully Submitted,

By: /s/ *Noah J. DiPasquale*
Noah J. DiPasquale
Florida Bar No. 1003238
TROUTMAN PEPPER LOCKE LLP
noah.dipasquale@troutman.com
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: 804-697-1266
*Attorney for Defendant Anthem*
*Insurance Companies, Inc.*

2

319289498v1